UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARK A. CABOT                                           Chapter 13

               Debtor                    Bankruptcy No. 16-17501-JKF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___16___ day of ___March___, 201_7_ upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Jean K. FitzSimon
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
RICHARD F. WEINSTEIN
705 WEST HAVERFORD RD STE 1

BRYN MAWR, PA 19010-3128


Debtor:
MARK A. CABOT

125 Patriot Drive

Collegeville, PA 19426