United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 16-17501-jkf
Mark A. Cabot                                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Denine              Page 1 of 1              Date Rcvd: Mar 16, 2017
                              Form ID: pdf900           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2017.
```
db             +Mark A. Cabot,    125 Patriot Drive,    Collegeville, PA 19426-4426
13813452       +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
13813453      #+Debt Recovery Solution,    Attention: Bankruptcy,    900 Merchants Concourse Ste Ll11,
                 Westbury, NY 11590-5121
13813455       +Eastern Account System INC.,    Attn: Bankruptcy Dept.,    Po Box 837,    Newtown, CT 06470-0837
13858252       +HSBC Bank USA, N.A., Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13813457       +Ncofin/sst,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
13813458        Peco Energy,    2301 Market Street,    P.O. Box 13778,    Philadelphia, PA 19101-3778
13813459       +Specialized Loan Servi,    Attn: Bankruptcy,    8742 Lucent Blvd. Suite 300,
                 Highlands Ranch, CO 80129-2386
13813460       +Stephen M. Hladik, Esquire,    Hladik, Onorato & Pearlstine, LLP,    298 Wissahickon Avenue,
                 North Wales, PA 19454-4114
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Mar 17 2017 02:15:39     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 17 2017 02:15:09
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 17 2017 02:15:31     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13813451       +E-mail/Text: bky@americanprofit.net Mar 17 2017 02:15:30     American Profit Recovery,
                 34405 West 12 Miles Road,    #379,    Farmington Hills, MI 48331-5608
13813454        E-mail/Text: cio.bncmail@irs.gov Mar 17 2017 02:14:55     Department of the Treasury - IRS,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
13813456       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 17 2017 02:15:17     Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13847171       +E-mail/Text: bankruptcygroup@peco-energy.com Mar 17 2017 02:14:58     PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13856490       +Fax: 866-311-5818 Mar 17 2017 02:06:25     Systems & Services Technologies, Inc.,
                 4315 Pickett Road,    St. Joseph, Missouri 64503-1600
                                                                                              TOTAL: 8

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2017 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee
               for the Holders of the Deutsche Alt-A Securities, Inc., Mortgage Loan Trust, Mortgage
               Pass-Through Certificates Series 2007-OA4 bkgroup@kmllawgroup.com
              RICHARD F. WEINSTEIN    on behalf of Debtor Mark A. Cabot rfwlaw1@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 4
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARK A. CABOT                                    Chapter 13

            Debtor                    Bankruptcy No. 16-17501-JKF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___16___ day of ___March___, 201_7_ upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

                                    _____
                                    Jean K. FitzSimon
                                    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
RICHARD F. WEINSTEIN
705 WEST HAVERFORD RD STE 1

BRYN MAWR, PA 19010-3128


Debtor:
MARK A. CABOT

125 Patriot Drive

Collegeville, PA 19426